```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
```

MICHAEL GAINES, an individual;            )   2:10-CV-00569-ECR-PAL
                                          )
    Plaintiff,                            )   MINUTES OF THE COURT
                                          )
vs.                                       )   DATE: July 27, 2010
                                          )
HARRAH'S ENTERTAINMENT, INC.,             )
a Nevada Corporation dba RIO HOTEL        )
& CASINO; DOES 1-X, ROE ENTITIES          )
I-X;                                      )
                                          )
    Defendants.                           )
_____ )

PRESENT:    EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN       Reporter:    NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On July 7, 2010 and July 22, 2010, Plaintiff filed two Amended Complaints (#9 and #11). Plaintiff must comply with Fed. R. Civ. P. 15(2) before the filing of an amended complaint will be allowed. If Plaintiff desires to file an amended complaint, an appropriate motion shall be made within fourteen (14) days seeking to do so.

    **IT IS, THEREFORE, HEREBY ORDERED** that the said proposed Amended Complaints (#9 and #11) are **STRICKEN**.

    On June 28, 2010, Defendant filed a Motion to Dismiss (#8) Plaintiff's first and second causes of action to the extent they are based on Title VII. Plaintiff apparently concedes that Title VII is an inappropriate cause of action under which to bring his claims. (P.'s Opp. (#10).)

    **IT IS, THEREFORE, HEREBY ORDERED** that Defendant's Motion to Dismiss (#8) Plaintiff's first and second causes of action to the extent they are based on Title VII is **GRANTED**.

```
                                    LANCE S. WILSON, CLERK
                                    By      /s/
                                         Deputy Clerk
```