Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
**JACKSON LEWIS LLP**
3960 Howard Hughes Parkway, Suite 450
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Named Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GAINES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARRAH'S ENTERTAINMENT, INC., a Nevada Corporation dba RIO HOTEL & CASINO; DOES I –X; ROE ENTITIES I-X,<br><br>Defendants. | Case No. 2:10-cv-00569-ECR-PAL<br><br>**STIPULATION AND ORDER TO VACATE THE EARLY NEUTRAL EVALUATION SESSION AND FOR DISMISSAL WITH PREJUDICE**<br><br>ORDER GRANTING |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Michael Gaines and Defendant Harrah's Entertainment, Inc. (misidentified in the Complaint and caption as dba Rio Hotel & Casino), through their undersigned counsel of record, that:

1. The Early Neutral Evaluation session scheduled for November 17, 2010 at 9:00 a.m. in the above entitled matter be vacated; and

2. The above captioned matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 15th day of November, 2010.

| ESTEBAN-TRINIDAD LAW | JACKSON LEWIS LLP |
|---|---|
| /s/ M. Lani Esteban-Trinidad<br>M. Lani Esteban-Trinidad<br>4315 North Rancho Drive, Ste. 100<br>Las Vegas, Nevada 89130<br>*Attorneys for Plaintiff* | /s/ Elayna J. Youchah<br>Elayna J. Youchah, Bar # 5837<br>3960 Howard Hughes Parkway, Ste. 450<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant* |

## **ORDER OF DISMISSAL**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Early Neutral Evaluation session scheduled for November 17, 2010 at 9:00 a.m. in the above entitled action is VACATED; and

2. The above captioned matter is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

The Clerk shall enter judgment accordingly.

Dated this 16th day of November, 2010.

*Edward C. Reed.*
U.S. District Judge